**Order filed, June 3, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-22-00358-CV

### RWS TEXAS LEASING COMPANY, LLC, Appellant

### V.

### ACME TRUCK LINE, INC. AND EFRAIN A. MELENDEZ VASQUEZ, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case 2018-54241**

## ORDER

The reporter's record in this case was due May 20, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Julia Rivera, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM